**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JORGE AVILA-AYALA, | No. 07-74924 |
| Petitioner, | Agency No. A092-057-300 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM [*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 16, 2010 [**]

Before:    SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

Jorge Avila-Ayala, a native and citizen of Mexico, petitions for review of the

Board of Immigration Appeals' ("BIA") order dismissing his appeal from an

immigration judge's removal order.  We have jurisdiction pursuant to 8 U.S.C.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

TL/Research

§ 1252.  We review de novo constitutional challenges.  *Masnauskas v. Gonzales*, 432 F.3d 1067, 1069 (9th Cir. 2005).  We deny the petition for review.

Avila-Ayala's equal protection claim is not colorable because he was ineligible for relief under former Immigration and Nationality Act § 212(c) regardless of when proceedings were initiated against him.  *See Alvarez-Barajas v. Gonzales*, 418 F.3d 1050, 1054 (9th Cir. 2005); 8 C.F.R. § 1212.3(h)(2) (section 440(d) of the Antiterrorism and Effective Death Penalty Act of 1996 applies to guilty pleas made between April 24, 1996 and April 1, 1997).

**PETITION FOR REVIEW DENIED.**